# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** CHAKEEM CULBREATH

**Docket No.** 3:00CR00175(AVC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Christopher Rogers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Chakeem Culbreath who was sentenced to 46 months imprisonment for a violation of 18 U.S.C. § 922(g)(1), Possession of a Firearm by a Convicted Felon by the Honorable Alfred V. Covello, Senior United States District Judge sitting in the court at Hartford, Connecticut on December 18, 2000, who fixed the period of supervision at three years which commenced on October 8, 2003 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the United States Probation Office, which may include testing to determine if he has used drugs or alcohol, and he shall pay all or a portion of the costs associated with such treatment, based on his ability to pay and in an amount to be determined by the United States Probation Office; and 2) The defendant shall participate in educational and vocational training as considered appropriate by the United States Probation Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1 Mandatory Condition: "The defendant shall not commit another Federal, State, or Local Crime."

On August 16, 2004, the offender was arrested by the New Haven Police Department for Possession of Narcotics, Possession of Narcotics with Intent to Sell within1500 Feet of a School, and Interfering with a Police Officer. The defendant was released on a $10,000 non-surety bond on August 17, 2004. He pled guilty to the charges on May 25, 2005 in New Haven Superior Court and was sentenced to two years incarceration.

Charge No. 2 Mandatory Condition: "The defendant shall not commit another Federal, State, or Local Crime."
On March 17, 2005, Drug Enforcement Agents executed a federal fugitive warrant for Robert Williams at 59 Kensington Street, New Haven, Connecticut. Chakeem Culbreath was present in the apartment. A pat-down of the offender revealed a plastic bag that contained 45 small clear plastic ziplock baggies, and two small red tinted plastic ziplock baggies, which contained an off white, rock-like substance with a lumpy texture resembling crack cocaine. A field test was positive for cocaine. The approximate weight was 8.7 grams. Task Force agents also discovered a Sturm Ruger, speed 6, .357 Magnum revolver, serial number 151-13231. The handgun was fully loaded with five .38 SPEC rounds and one Winchester .38 round. The owner of the apartment stated that the firearm belonged to Chakeem Culbreath. On March 18, 2005, Mr. Culbreath appeared before United States Magistrate Judge William I. Garfinkel, and was charged in a Criminal Complaint with Possession With Intent to Distribute 8.7 Grams of Cocaine Base/Crack, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and, Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g). The offender is currently in Federal custody.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Chakeem Culbreath to appear before this Court at Hartford, Connecticut on _July 21 2005_ at _1 p.m._ To show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _7th_
day of July 2005 and ordered filed and made
a part of the records in the above case.

_____
The Honorable Ellen Bree Burns
Senior United States District Judge

Sworn to By _Christopher Rogers_
Christopher Rogers
United States Probation Officer

Place _New Haven, CT._

Date _July 7, 2005_

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this _7th_ day of July, 2005 at Hartford, Connecticut, U.S. Probation Officer Christopher Rogers appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_The Honorable Ellen Bree Burns_
Senior United States District Judge