AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
         Sheet 1

# UNITED STATES DISTRICT COURT

                              District of _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

|   |   |
|---|---|
| | Case Number: 3:02CR00175(AVC) |
| CHAKEEM CULBREATH | USM Number: 13958-014 |
| | Robert Altchiler |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) __#1, #2__ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1) | The defendant shall not commit another Federal, State, or Local crime. | July 19, 2005 |
| 2) | The defendant shall not commit another Federal, State, or Local crime. | July 19, 2005 |

        The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's _____

Defendant's Date of Birth:  1979

Defendant's Residence Address:

166 Edgewood Avenue Apartment C

New Haven, Connecticut  06511

Defendant's Mailing Address:

Same

July 19, 2005
Date of Imposition of Judgment

Signature of Judge

Alfred V. Covello, Senior United States District Judge
Name and Title of Judge

7/21/15
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
             Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: | Judgment — Page _____ of _____ |
| CASE NUMBER: | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months concurrent to the state sentence, with no supervised release to follow.

The court makes the following recommendations to the Bureau of Prisons:

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    a _____ ☐ a.m. ☐ p.m. on _____.

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____.

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

                                                                                     UNITED STATES MARSHAL

                              By _____

                                              DEPUTY UNITED STATES MARSHAL